IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HOOK N BOOK AUTO TRANSPORT, LLC,** : <br> : <br> **Plaintiff,** : <br> : <br> v.  : <br> : <br> **LOVE'S TRAVEL STOPS & COUNTRY** : <br> **STORES INC.,** *doing business as* : <br> **SPEEDCO LUBE AND TIRE,** : <br> : <br> **Defendant.** : <br> _____ | **CASE NO:** <br> **7:25-cv-93–WLS** |

## **ORDER**

A discovery conference was held in the above-styled action on October 28, 2025, and the Court's Scheduling Order (Doc. 13) memorializing the Court's oral instructions at that conference was entered October 29, 2025. At the conference and pursuant to the Scheduling Order, the Court advised the Parties of its policy with respect to alternative dispute resolution ("ADR") or settlement negotiations prior to completion of discovery and the Parties were given fourteen (14) days from entry of the Scheduling Order to notify the Court in writing whether ADR is a viable option. (Doc. 13 at 1).

On November 12, 2025, Defendant filed its Statement Regarding Alternative Dispute Resolution (Doc. 14) notifying the Court that in its opinion, ADR is premature at this point but may be beneficial after resolution of whether it is a proper party to this action and after additional discovery concerning Plaintiff's damages. On the other hand, Plaintiff's Statement Regarding Alternative Dispute Resolution (Doc. 15) reflects that Plaintiff has provided initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Plaintiff believes ADR is currently a viable option for resolution of this case and that further discovery is unnecessary.

Pursuant to the Scheduling Order, discovery in this case is ongoing. The Parties may proceed with discovery according to the Scheduling Order and may engage in ADR or settlement negotiations as they might agree as discovery proceeds. In the event they so agree, at any time the Parties may file a joint notice of their intent along with the motion requesting an extension of discovery up to thirty (30) additional days if such extension is desired. The

Court declines to order ADR at this early stage of discovery where neither party has excluded ADR.

**SO ORDERED**, this 20th day of November 2025.

                                                 **/s/W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**