IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **HOOK N BOOK AUTO TRANSPORT LLC,** | : : : | |
| Plaintiff, | : : | |
| v. | : : | **CASE NO: 7:25-cv-93–WLS** |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES INC.,** *d/b/a* SPEEDCO LUBE AND TIRE**,** | : : : : : | |
| Defendants. | : : | |
| _____ | | |

## ORDER

On November 26, 2025, Plaintiff filed a Motion for Leave to File Amended Complaint (Doc. 18) ("Motion"). Therein, Plaintiff seeks to amend the Complaint to add Speedco, Inc. d/b/a Speedco Truck Lube and Tire as an additional party to this action. The Motion was filed within the deadline set in the Court's Discovery/Scheduling Order (Doc. 9) for the Parties to file motions to join another party or to amend pleadings. As the Motion is not filed as a consent motion, presumably, the Defendant did not consent to the filing of the Amended Complaint.

Accordingly, on or before close of business on **Friday, December 12, 2025**, Defendant may file a response, if any, to the Motion, and the Court will take the Motion under consideration at that time.

**SO ORDERED**, this 8th day of December 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1