**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| HOOK N BOOK AUTO TRANSPORT, LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:25-CV-00093 (WLS) |
| | : | |
| LOVES TRAVEL STOPS & COUNTRY STORES, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On May 19, 2026, the Court was made aware of communications from the Plaintiff in this case via the Clerk. Therein, Christopher and Maria Lagajino, the Managing Members of Plaintiff Hook N Book Auto Transport, LLC seek to inform the Court of issues regarding the attorney-client relationship between Plaintiff and Plaintiff's Counsel Meng Lim. Generally, the Court is not concerned with the relationship between represented parties and their counsel, the internal communications between counsel and their clients, or communications between opposing parties. However, in light of the approaching deadline for the discovery period, which is set to expire on Thursday, May 21, 2026, the Court **NOTICES** Attorney Lim as follows:

Attorney Lim is presently listed as counsel of record for Plaintiff, and a motion to withdraw from representation has not been filed. As such, Attorney Lim remains counsel of record for Plaintiff unless and until substitute counsel enters an appearance and the proper notice of withdrawal is filed, or Attorney Lim submits the proper motion in compliance with Local Rule 83.1.4 for the Court's consideration. As such, Attorney Lim is **INSTRUCTED** to confer with his client immediately. After such conferral, Counsel, as the circumstances may require, shall file the appropriate motion to withdraw from representation, consistent with and in accordance with the Court's Local Rules, or take any other action as may be necessary or

1

appropriate in this matter. Counsel is **ORDERED** to promptly provide Plaintiff with a copy of this Order.[1]

      **SO ORDERED**, this 20th day of May 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Counsel for Plaintiff filed a motion at the end of the day on May 19, 2026, that may address the above-referenced matters. (*See* Doc. 32). However, for the Record, the Court finds that an order regarding those matters remains appropriate.

2