IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HOOK N BOOK AUTO TRANSPORT, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., and SPEEDCO, INC. d/b/a SPEEDCO TRUCK LUBE AND TIRE,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 7:25-cv-00093-WLS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Hook N Book Auto Transport, LLC ("Plaintiff") and Defendants Love's Travel Stops & Country Stores, Inc. and Speedco, Inc. d/b/a Speedco Truck Lube and Tire ("Defendants"), and jointly state as follows:

1. The parties have resolved the claims asserted in this action.

2. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action and all claims asserted, or ones that could have been asserted, herein be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

SO ORDERED this 16th day of October, 2026

W. Louis Sands

W. Louis Sands, SR. Judge
United States District Court

This 14th day of October 2026.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Foss Baker*

SCOTT H. MOULTON
Georgia State Bar No. 974237
FOSS BAKER
Georgia State Bar No. 296402
WILLIAM J. GOOZEE
Georgia State Bar No. 314213
*Counsel for Defendants*

365 Northridge Road, Suite 230
Atlanta, Georgia 30350
Phone: (770) 650-8737
Fax: (770) 650-8797
scott.moulton@qpwblaw.com
foss.baker@qpwblaw.com
jeff.goozee@qpwblaw.com

**HOOK N BOOK AUTO TRANSPORT, LLC**

By: ______________________

Christopher Lagajino
*For Plaintiff*
1653 Lagoon Pl.
Lakeland, Florida 33803
Christopher.lagajino@gmail.com

Maria Lagajino
Representative

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

---